20856. SEABOARD AIR-LINE RAILWAY COMPANY *v.* BENTON.

JENKINS, P. J. The former judgment of this court in this case (43 *Ga. App.* 495, 159 S. E. 717) having been reversed by the Supreme Court on certiorari (175 *Ga.* 491), the judgment of affirmance heretofore entered is vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Stephens and Sutton, JJ., concur.*

DECIDED OCTOBER 14, 1932.

*John B. Gamble, Rollin H. Kimball,* for plaintiff in error.
*Harwell, Fairman & Barrett, Shackelford & Shackelford, Richard B. Russell Jr.,* contra.